UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:25-cv-216

| | |
|---|---|
| VECELLIO & GROGAN, INC.<br><br>Plaintiff,<br><br>v.<br><br>WESTFIELD INSURANCE COMPANY<br><br>Defendant. | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER**<br>**28 U.S.C. §§ 1332, 1441, 1446**<br>**(Diversity Jurisdiction)**<br><br>Mecklenburg County Superior Court<br>File No. 25CV009003-590 |

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Westfield Insurance Company ("Westfield") gives notice of removal of the above-captioned action from Mecklenburg County Superior Court to this Court.

As grounds for removal, Westfield Insurance states the following:

## BACKGROUND

1. On February 18, 2025, Plaintiff Vecellio & Grogan, Inc. ("V&G") commenced this action by filing a complaint and having a summons issued against Westfield in Mecklenburg County Superior Court. The matter was assigned file number 25CV009003-590 and is styled *Vecellio & Grogan, Inc. v. Westfield Insurance Company*.

2. Westfield was served with the summons and complaint on February 25, 2025 through the North Carolina Department of Insurance pursuant to N.C. Gen. Stat. § 58-16-30.

3. Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of the summons and complaint are attached as <u>Exhibits 1</u> and <u>2</u>, respectively. A copy of an

affidavit of service served by V&G is attached as <u>Exhibit 3</u>. To date, the summons, complaint, and affidavit of service are the only pleadings served in the case.

## **THIS ACTION IS REMOVABLE UNDER 28 U.S.C. §§ 1441, 1332(a)**

4. A civil action brought in state court may be removed to a United States District Court based on diversity of citizenship. *See* 28 U.S.C. §§ 1441, 1332(a).

5. The United States District Court for the Western District of North Carolina has original jurisdiction over this civil action because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

6. "For federal diversity jurisdiction purposes, a corporation is a citizen of the states in which it has been incorporated and in which it has its principal place of business." *Cent. W. Va. Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 102 (4th Cir. 2011).

7. In its complaint, V&G alleges that it "is a West Virginia corporation with its principal place of business located in Beckley, West Virginia." Compl. ¶ 1.

8. Westfield is an Ohio corporation with its principal place of business located in Columbus, Ohio.

9. Based on the foregoing, complete diversity of citizenship exists between V&G and Westfield.

10. When a case is removed based on diversity, the amount in controversy is determined by "the sum demanded in good faith in the initial pleading[.]" 28 U.S.C. § 1446(c)(2).

2
Case 3:25-cv-00216-SCR     Document 1     Filed 03/26/25     Page 2 of 5

11. V&G's complaint requests damages "in the sum of $1,660,412.40[.]" Compl. ¶ 54.

12. Thus, the amount in controversy exceeds $75,000.00.

13. Accordingly, Westfield may remove this action to this Court under 28 U.S.C. §§ 1441(a).

**OTHER PROCEDURAL REQUIREMENTS ARE SATISFIED**

14. Removal to this Court's Charlotte Division is proper under 28 U.S.C. § 1441(a), because the complaint was filed in Mecklenburg County, North Carolina, which is within this Court's Charlotte Division.

15. The time to remove this action has not expired. This notice of removal is being filed within thirty days of Westfield's receipt of a copy of V&G's complaint, as required by 28 U.S.C. § 1446(b).

16. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the Clerk of Superior Court, Mecklenburg County, North Carolina, promptly after the filing of this Notice, and written notice will be served on counsel for V&G. A copy of the Notice to State Court of Filing of Defendant's Notice of Removal (without attachments) is attached as Exhibit 4, and a copy of the Notice of Removal to Adverse Party (without attachments) is attached as Exhibit 5.

Westfield therefore requests that this action be removed to this Court and placed on this Court's docket for further proceedings.

Respectfully submitted this the 26th day of March, 2025.

          **POYNER SPRUILL LLP**

By: /s/ Matthew C. Bouchard
    Matthew C. Bouchard
    N.C. State Bar No. 35995
    mbouchard@poynerspruill.com
    P.O. Box 1801
    Raleigh, NC  27602-1801
    Telephone: 919.783.2887
    Facsimile:  919.783.1075

By: /s/ Joseph J. Garfunkel
    Joseph J. Garfunkel
    NC Bar No. 56314
    jgarfunkel@poynerspruill.com
    301 S. College St., Suite 2900
    Charlotte, NC 28202
    Telephone: 704.342.5254
    Facsimile: 704.342.5264

    *Attorneys for Defendant*
    *Westfield Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date the forgoing was filed with the Clerk of the Court using the CM/ECF system, and that a copy was sent to the following recipients by both email and United States Mail, first class, postage pre-paid:

>Eugene F. Rash
>SMITH CURRIE OLES LLP
>5727 Westpark Drive, Suite 200
>Charlotte, NC 28217
>gfrash@smithcurrie.com
>
>*Attorney for Plaintiff*
>*Vecellio & Grogan, Inc.*

This the 26th day of March, 2025.

>/s/ Joseph J. Garfunkel
>Joseph Garfunkel